# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

QUYANCE ANDERSON,                :

    Plaintiff,                              :

vs.                                                  :          CA 15-0140-WS-C

CAROLYN W. COLVIN,            :
Acting Commissioner of Social Security,
                                                     :
    Defendant.

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 20, 2015 is **ADOPTED** as the opinion of this Court.

**DONE** this 10th day of November, 2015.


                s/WILLIAM H. STEELE
                **CHIEF UNITED STATES DISTRICT JUDGE**