IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

QUYANCE ANDERSON,              :

    Plaintiff,                 :

vs.                            :      CA 15-0140-WS-C

CAROLYN W. COLVIN,             :
Acting Commissioner of Social Security,
                               :
    Defendant.

## ORDER

After due and proper consideration of all portions of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 10, 2016 is **ADOPTED** as the opinion of this Court.

**DONE** this 29th day of February, 2016.

                s/WILLIAM H. STEELE
                **CHIEF UNITED STATES DISTRICT JUDGE**