IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

QUYANCE ANDERSON, :

   Plaintiff, :

vs. : CA 15-0140-WS-C

CAROLYN W. COLVIN, :
Acting Commissioner of Social Security,
                                                 :

   Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of **$817.26** under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE** this 29th day of February, 2016.

                                       s/WILLIAM H. STEELE
                                       **CHIEF UNITED STATES DISTRICT JUDGE**